1    BENJAMIN B. WAGNER
     United States Attorney
2    KEVIN C. KHASIGIAN
     Assistant U. S. Attorney
3    501 I Street, Suite 10-100
     Sacramento, CA  95814
4    Telephone:  (916) 554-2700

5    Attorneys for the United States

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              2:14-MC-00048-LKK-AC

12            Plaintiff,

13        v.                                STIPULATION AND ORDER
                                            EXTENDING TIME FOR FILING
14   APPROXIMATELY $14,600.00 IN U.S.       A COMPLAINT FOR
     CURRENCY, and                          FORFEITURE AND/OR TO
15                                          OBTAIN  AN INDICTMENT
     APPROXIMATELY $5,900.00 IN U.S.        ALLEGING FORFEITURE
16   CURRENCY,

17            Defendants.

18

19       It is hereby stipulated by and between the United States of America and

20   claimant Felipe S. Gonzalez ("claimant"), by and through their respective counsel, as

21   follows:

22       1.      On or about January 9, 2014, claimant Felipe S. Gonzalez filed a claim, in

23   the administrative forfeiture proceedings, with the Drug Enforcement Administration

24   with respect to the Approximately $14,600.00 in U.S. Currency and Approximately

25   $5,900.00 in U.S. Currency (collectively "defendant currency"), which was seized on

26   August 7, 2013.

27       2.      The Drug Enforcement Administration has sent the written notice of

28   intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.

                                        1
                                            Stipulation and Order to Extend Time

1   The time has expired for any person to file a claim to the defendant currency under 18

2   U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the

3   defendant currency as required by law in the administrative forfeiture proceeding.

4       3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a

5   complaint for forfeiture against the defendant currency and/or to obtain an indictment

6   alleging that the defendant currency is subject to forfeiture within ninety days after a

7   claim has been filed in the administrative forfeiture proceedings, unless the court

8   extends the deadline for good cause shown or by agreement of the parties.  The

9   deadline is April 9, 2014.

10      4.      As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement for

11  an extension to July 8, 2014, the time in which the United States is required to file a

12  civil complaint for forfeiture against the defendant currency and/or to obtain an

13  indictment alleging that the defendant currency is subject to forfeiture.

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

2

Stipulation and Order to Extend Time

5.     Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to July 8, 2014.

Dated:    4/8/2014                                BENJAMIN B. WAGNER
                                                  United States Attorney


                                            By:   /s/ Kevin C. Khasigian
                                                  KEVIN C. KHASIGIAN
                                                  Assistant U.S. Attorney


Dated:    4/8/2014                                /s/ Mark J. Reichel
                                                  MARK J. REICHEL
                                                  Attorney for claimant
                                                  Felipe S. Gonzalez

                                                  (As authorized via phone)


        IT IS SO ORDERED.

        Dated: April 9, 2014.




_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3

Stipulation and Order to Extend Time