BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:14-MC-00048-LKK-AC |
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN  AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $14,600.00 IN U.S. CURRENCY, and | |
| APPROXIMATELY $5,900.00 IN U.S. CURRENCY, | |
| Defendants. | |

It is hereby stipulated by and between the United States of America and

claimant Felipe S. Gonzalez ("claimant"), by and through their respective counsel, as

follows:

1.      On or about January 9, 2014, claimant Felipe S. Gonzalez filed a claim, in

the administrative forfeiture proceedings, with the Drug Enforcement Administration

with respect to the Approximately $14,600.00 in U.S. Currency and Approximately

$5,900.00 in U.S. Currency (collectively "defendant currency"), which was seized on

August 7, 2013.

2.      The Drug Enforcement Administration has sent the written notice of

intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.

Stipulation and Order to Extend Time

The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3.     Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties.  The deadline was April 9, 2014.

4.     By Stipulation and Order filed April 9, 2014, the parties stipulated to extend to July 8, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.     As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement for an extension to October 6, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

///
///
///
///
///
///
///
///
///
///
///

2

1       6.     Accordingly, the parties agree that the deadline by which the United

2  States shall be required to file a complaint for forfeiture against the defendant

3  currency and/or to obtain an indictment alleging that the defendant currency is subject

4  to forfeiture shall be extended to October 6, 2014.

5  Dated:    7/2/2014                   BENJAMIN B. WAGNER

6                                             United States Attorney

7

8                             By:   /s/ Kevin C. Khasigian

9                                  KEVIN C. KHASIGIAN
                                Assistant U.S. Attorney

10 Dated:    7/2/2014                   /s/ Mark J. Reichel

11                                   MARK J. REICHEL

12                                   Attorney for claimant
                                Felipe S. Gonzalez

13                                 (As authorized via phone)

14      IT IS SO ORDERED.

15      Dated:  July 3, 2014.

16

17

18

19

20                          LAWRENCE K. KARLTON

21                          SENIOR JUDGE
                         UNITED STATES DISTRICT COURT

22

23

24

25

26

27

28

                           3