1 BENJAMIN B. WAGNER
United States Attorney
2 KEVIN C. KHASIGIAN
Assistant U. S. Attorney
3 501 I Street, Suite 10-100
Sacramento, CA  95814
4 Telephone:  (916) 554-2700

5 Attorneys for the United States

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,                   2:14-MC-00048-TLN-AC

12          Plaintiff,

13      v.                                      STIPULATION AND ORDER
                                                EXTENDING TIME FOR FILING
14 APPROXIMATELY $14,600.00 IN U.S.             A COMPLAINT FOR
   CURRENCY, and                               FORFEITURE AND/OR TO
15                                              OBTAIN  AN INDICTMENT
   APPROXIMATELY $5,900.00 IN U.S.             ALLEGING FORFEITURE
16 CURRENCY,

17          Defendants.

18

19      It is hereby stipulated by and between the United States of America and

20 claimant Felipe S. Gonzalez ("claimant"), by and through their respective counsel, as

21 follows:

22      1.      On or about January 9, 2014, claimant Felipe S. Gonzalez filed a claim, in

23 the administrative forfeiture proceedings, with the Drug Enforcement Administration

24 with respect to the Approximately $14,600.00 in U.S. Currency and Approximately

25 $5,900.00 in U.S. Currency (collectively "defendant currency"), which was seized on

26 August 7, 2013.

27      2.      The Drug Enforcement Administration has sent the written notice of

28 intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.

                                           1

1   The time has expired for any person to file a claim to the defendant currency under 18

2   U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the

3   defendant currency as required by law in the administrative forfeiture proceeding.

4         3.     Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a

5   complaint for forfeiture against the defendant currency and/or to obtain an indictment

6   alleging that the defendant currency is subject to forfeiture within ninety days after a

7   claim has been filed in the administrative forfeiture proceedings, unless the court

8   extends the deadline for good cause shown or by agreement of the parties.  The

9   deadline was April 9, 2014.

10         4.     By Stipulation and Order filed April 9, 2014, the parties stipulated to

11   extend to July 8, 2014, the time in which the United States is required to file a civil

12   complaint for forfeiture against the defendant currency and/or to obtain an indictment

13   alleging that the defendant currency is subject to forfeiture.

14         5.     By Stipulation and Order filed July 3, 2014, the parties stipulated to

15   extend to October 6, 2014, the time in which the United States is required to file a civil

16   complaint for forfeiture against the defendant currency and/or to obtain an indictment

17   alleging that the defendant currency is subject to forfeiture.

18         6.     As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement for

19   an extension to December 5, 2014, the time in which the United States is required to

20   file a civil complaint for forfeiture against the defendant currency and/or to obtain an

21   indictment alleging that the defendant currency is subject to forfeiture.

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

Stipulation and Order to Extend Time

1    7.    Accordingly, the parties agree that the deadline by which the United

2  States shall be required to file a complaint for forfeiture against the defendant

3  currency and/or to obtain an indictment alleging that the defendant currency is subject

4  to forfeiture shall be extended to December 5, 2014.

5  Dated:    9/25/14                                    BENJAMIN B. WAGNER
                                                        United States Attorney
6

7

8                                                       By:   /s/ Kevin C. Khasigian
                                                              KEVIN C. KHASIGIAN
                                                              Assistant U.S. Attorney
9

10
   Dated:    9/25/14                                          /s/ Mark J. Reichel
11                                                            MARK J. REICHEL
                                                              Attorney for claimant
12                                                            Felipe S. Gonzalez
                                                              (Authorized via email)
13

14         IT IS SO ORDERED.

15  Dated:  October 2, 2014

16

17

18

                                 Troy L. Nunley
19                               United States District Judge

20

21

22

23

24

25

26

27

28

                                        3