BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:14-MC-00048-TLN-AC |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |
| APPROXIMATELY $14,600.00 IN U.S. CURRENCY, and | |
| APPROXIMATELY $5,900.00 IN U.S. CURRENCY, | |
| Defendants. | |

It is hereby stipulated by and between the United States of America and claimant Felipe S. Gonzalez ("claimant"), by and through their respective counsel, as follows:

1. On or about January 9, 2014, claimant Felipe S. Gonzalez filed a claim, in the administrative forfeiture proceedings, with the Drug Enforcement Administration with respect to the Approximately $14,600.00 in U.S. Currency and Approximately $5,900.00 in U.S. Currency (collectively "defendant currency"), which was seized on August 7, 2013.

2. The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than the claimant has filed a claim to the defendant currency as required by law in the

administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. The deadline was April 9, 2014.

4. By Stipulation and Order filed April 9, 2014, the parties stipulated to extend to July 8, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. By Stipulation and Order filed July 3, 2014, the parties stipulated to extend to October 6, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6. By Stipulation and Order filed October 3, 2014, the parties stipulated to extend to December 5, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

7. By Stipulation and Order filed December 3, 2014, the parties stipulated to extend to March 5, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

8. By Stipulation and Order filed March 12, 2015, the parties stipulated to extend to June 5, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

9. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement for an extension to September 3, 2015, the time in which the United States is required to file a civil

complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture

10. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to September 3, 2015.

Dated:   6/2/2015                            BENJAMIN B. WAGNER
                                                     United States Attorney

By:   /s/ Kevin C. Khasigian
      KEVIN C. KHASIGIAN
      Assistant U.S. Attorney

Dated:   6/2/2015                             /s/ Mark J. Reichel
                                                      MARK J. REICHEL
                                                      Attorney for claimant
                                                      Felipe S. Gonzalez
                                                      (Authorized via email 6/2/15)

IT IS SO ORDERED.

Dated: June 2, 2015

Troy L. Nunley
United States District Judge